HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE MIDEAST AWARENESS CAMPAIGN, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, <br><br> Defendant. | CASE NO. C11-94RAJ <br><br> ORDER |

This matter comes before the court on two discovery-related motions (Dkt. ## 8, 13). The court conducted a hearing on these motions on February 4, 2011, and this order memorializes the court's oral rulings.

The Plaintiff's motion for relief from deadline (Dkt. # 8) is DENIED, because the Plaintiff has failed to establish good cause to deviate from the standard discovery schedule. The Defendant's motion for protective order (Dkt. # 13) is GRANTED IN PART and DENIED IN PART. It is granted to the extent that it seeks the striking of deposition notices, but denied to the extent that it seeks a court order directing that Dow Constantine need not be subjected to deposition discovery because the Defendant has not explained why such an order is necessary.

ORDER – 1

1   The court rescheduled the hearing on Plaintiff's preliminary injunction motion
2   (Dkt. # 2) for 10 a.m. on February 14, 2011.
3   Filed and entered this 4th day of February, 2011.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2