Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE MIDEAST AWARENESS CAMPAIGN, a Washington non-profit corporation, | NO. 11-cv-00094 RAJ |
| Plaintiff, | NOTICE OF APPEARANCE BY M. ROSE SPIDELL |
| v. | |
| KING COUNTY, a municipal corporation, | |
| Defendant. | |

TO: Clerk of Court

AND: Counsel for Defendant

Please take notice that M. Rose Spidell, of the American Civil Liberties Union of Washington Foundation, hereby appears as counsel for Plaintiff in the above-entitled matter together with Sarah Dunne and Lindsey Soffes of the American Civil Liberties Union of Washington Foundation, and Jeffrey C. Grant of Skellenger Bender, P.S.

DATED this ___7th__ day of __April__, 2011.

Notice of Appearance of M. Rose Spidell – 1
No. 11-cv-00094 RAJ

AMERICAN CIVIL LIBERTIES UNION
OF WASHINGTON FOUNDATION
901 Fifth Avenue, Suite 630
Seattle, Washington 98164
(206) 624-2184

1

ACLU OF WASHINGTON FOUNDATION

2

3

4

5   By _____/s/ M. Rose Spidell_____
M. Rose Spidell, WSBA #36038

6   Sarah A. Dunne, WSBA # 34869
Lindsey Soffes, WSBA # 41506

7   ACLU of Washington Foundation
901 5th Avenue, Suite 630

8   Seattle, WA 98164-2008
Telephone:  (206) 624-2184

9   spidell@aclu-wa.org
dunne@aclu-wa.org

10   lsoffes@aclu-wa.org

11   Jeffrey C. Grant, WSBA #11046
Skellenger Bender, PS

12   1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605

13   (206) 623-6501
jgrant@skellengerbender.com

14   Cooperating Attorneys for the
ACLU of Washington Foundation

15

16   *Attorneys for Plaintiff Seattle
Mideast Awareness Campaign*

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I certify that on April 7, 2011, I electronically filed this Notice of Appearance of M. Rose Spidell and this Certificate of Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Endel R. Kolde, WSBA #25155
Cynthia Gannett, WSBA # 17152
Jennifer G. Ritchie, WSBA #24046
King County Prosecuting Attorney
500 Fourth Avenue, Suite 900
Seattle, WA 98104-2316
Telephone: (206) 205-6268
Facsimile: 206-296-0191
Endel.Kolde@kingcounty.gov
Cynthia.Gannett@kingcounty.gov
Jennifer.Ritchie@kingcounty.gov

*Attorneys for Defendant King County*

By:  ____/s/ M. Rose Spidell____
M. Rose Spidell, WSBA #36038

Notice of Appearance of M. Rose Spidell – 3
No. 11-cv-00094 RAJ