# EXHIBIT D

1  about with what.  I talked with Rhonda Berry at
2  different times, Gail Stone at different times, and
3  Dylan Ordoñez at different times, and I also talked
4  with The Executive at different times, but not about
5  arranging this meeting.
6      Q.   The Executive, Dow Constantine?
7      A.   Correct.
8      Q.   In terms of arranging the meeting, though, in
9  terms of The Executive's Office and your contacts, was
10 it primarily Ms. Berry, Ms. Stone, and Mr. Ordoñez?
11     A.   Yes.  I would say it was primarily Ms. Berry.
12     Q.   And you passed on the request to have Seattle
13 Police Department or King County Sheriff's personnel
14 present at that meeting?
15     A.   Right.
16     Q.   And you were later told that they would not
17 be showing?
18     A.   Right.
19     Q.   What were your contacts with the FBI?
20     A.   I was given -- I was asked to be the conduit
21 for any emails that we received that appeared
22 threatening, were threatening, had any flavor of any
23 kind of threat of disruption of the transit service,
24 destruction of property, harm to individuals, and I
25 was asked to be the person who collected those from

```
 1    both the County Council, The Executive's Office, and
 2    our department, or anywhere else in the County, and
 3    pass those along to the FBI.
 4         Q.    Who asked you to do that?
 5         A.    Rhonda Berry.
 6         Q.    Did you collect those emails?
 7         A.    I collected anything that anyone had to give
 8    me.
 9         Q.    Ms. Brown, what was your role in the
10    collection process of these emails that you described?
11         A.    Could you be more clear?
12         Q.    I'll try to be.  For example, were you tasked
13    with the job of finding the emails and making some
14    kind of an evaluation or assessment of whether they
15    qualified for what it is that you were supposed to
16    find, or were you just supposed to get them, or
17    something else?
18         A.    If I could back up.  We were receiving
19    thousands of emails, and a very large concern was that
20    we did not have time to read through them all.  I
21    mean, I was getting them at the rate of one per 30
22    seconds.  I think I was getting them at the rate of
23    however quickly my Blackberry could take one, so we
24    knew that there wasn't any way to look through all of
25    the emails.  There was just physically even if we
```