# EXHIBIT E

**To:**     Mulligan, Lisa K (Pepin)[LisaKPepin.Mulligan@kingcounty.gov]
**From:**       Hoyle, Marlon
**Sent:**       Wed 12/22/2010 11:04:36 PM
**Importance:**   Normal
**Sensitivity:**   None
**Subject:**    RE: Seattle Metro Bus ad
**Categories:**   True

Sorry – I was interrupted as I was editing the below email. What I meant to add was that "none of this arises to a level of terrorist activity."

MH

DETECTIVE MARLON HOYLE

King County Sheriff's Office

WA State Fusion Center

Seattle JTTF RLA (Rail/Transit Liaison Agent)

1110 3rd Avenue, Seattle, WA 98101

Desk 206-262-2379

Confidential Cell Number

FAX 206-262-2014

―――――――――

**From:** Mulligan, Lisa K (Pepin)
**Sent:** Wednesday, December 22, 2010 2:43 PM
**To:** Hoyle, Marlon
**Subject:** RE: Seattle Metro Bus ad

Thank you Marlon. I'll pass this along to Kevin personally.
Lisa

Captain Lisa Mulligan

Metro Transit Police

King County Sheriff's Office

**"Every Call Counts"**

**Desk** 206-263-5140  Cell 206-391-7931

*Lisa.Mulligan@kingcounty.gov*

---

**From:** Hoyle, Marlon
**Sent:** Wednesday, December 22, 2010 2:41 PM
**To:** Mulligan, Lisa K (Pepin)
**Subject:** RE: Seattle Metro Bus ad


Contrary to Mike's opinion, this is still only a free speech issue even if "Metro" appears in web sites belonging to groups sympathetic to terrorist causes. Beyond a threat to vandalize the ads on the buses, no one has committed a criminal act at this point. And none of this rises to the level And before anyone asks, that is also the opinion of the JTTF supervisor I have been discussing the ongoing incident with on a daily basis. Call me if you need anymore clarification.


BTW, I will be off for the remainder of the month after Thursday, but I will periodically check my email and will be available by cell phone for emergencies.


MH


DETECTIVE MARLON HOYLE

King County Sheriff's Office

WA State Fusion Center

Seattle JTTF RLA (Rail/Transit Liaison Agent)

1110 3rd Avenue, Seattle, WA 98101

KC_0048996

649871

Desk 206-262-2379

Confidential Cell Number

FAX 206-262-2014

**From:** Mulligan, Lisa K (Pepin)
**Sent:** Wednesday, December 22, 2010 8:13 AM
**To:** Hoyle, Marlon
**Cc:** DeCapua, Mike
**Subject:** RE: Seattle Metro Bus ad

Okay, thank you.

Lisa

Captain Lisa Mulligan

## Metro Transit Police

King County Sheriff's Office

### *"Every Call Counts"*

**Desk** 206-263-5140  **Cell** 206-391-7931

*LisaMulligan@kingcounty.gov*

**From:** DeCapua, Mike
**Sent:** Wednesday, December 22, 2010 7:36 AM
**To:** Mulligan, Lisa K (Pepin); Hurley, William
**Cc:** Norton, Mark; Harrington, Roy
**Subject:** FW: Seattle Metro Bus ad
**Importance:** High

The writer makes the point I made yesterday during our meeting. We are now way beyond free speech issues when we appear on a Hamas-sponsored web site. Can you forward to JTTF please?

---

**From:** Desmond, Kevin
**Sent:** Wednesday, December 22, 2010 7:29 AM
**To:** DeCapua, Mike
**Subject:** FW: Seattle Metro Bus ad


fyi


---

**From:** Kim Goodrich [mailto:kim_goodrich@hotmail.com]
**Sent:** Wednesday, December 22, 2010 4:10 AM
**To:** Desmond, Kevin
**Subject:** Seattle Metro Bus ad

Greetings,


I've come to understand that King County Metro has approved new bus ads starting next week that read "Israeli War Crimes", "Your Tax Dollars at Work".  I assume, as the General Manager of Seattle Metro, you either have some authority over the the ad department or could possibly forward my email to the respective person or department head.  While I strongly disagree with the decision to run the ads, I will not argue the point of whether they should be allowed run or not.  The reason I am writing is to inform you of some of the consequences of the current policies and poor decision making of that department.

 I happened across a message and link on twitter tonight concerning the bus ad controversy from a very troubling website, the website called the Al-Qassam Brigades is an information and news site of the military wing of Hamas (Hamas is designated as a terrorist organization by the State Department).  This website and I'm very sure, many others like it, will be using the message of the bus ads and the tacit agreement of the State of Washington as propaganda fodder against the State of Israel as well as our troops currently in the Middle East and around the world.  While these kinds of extremists don't need any real reason to lay blame and conspiracy theories at our ally Israel's door, I would like to think that the

KC_0048998

649871

State Government to which I've paid taxes, does not HELP the cause of terrorists by handing them prime propaganda and blood libel on a silver platter.  To wit I've already spoken to two friends in Seattle that will no longer be using the Metro in protest, I don't normally ride Metro but I will also be abstaining even should the need arise.  I've include below a few links in reference to the website I described above.


Thank you for your time,

Kimberly Goodrich, Sammamish WA



The Wikipedia page with some information about the Al-Qassam Brigades:

http://en.wikipedia.org/wiki/Al-Qassam_Brigades


The website itself including the story about the Washington bus ads:

http://www.qassam.ps/news-3950-Israeli_War_Crimes_signs_to_go_on_Metro_buses.html


As well as the original twitter message where I saw the link to the website:

http://twitter.com/AlqassamBrigade/statuses/17527529816461312

KC_0048999

649871