Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE MIDEAST AWARENESS CAMPAIGN, a Washington non-profit corporation,

Plaintiff,

v.

KING COUNTY, a municipal corporation,

Defendant.

NO. 11-cv-00094 RAJ

DECLARATION OF RICHARD CONTE REGARDING KING COUNTY'S MOTION FOR SUMMARY JUDGMENT

Richard Conte declares under penalty of perjury under the laws of the United States that the following is true.

1. I have been retained by the ACLU of Washington to consult and, if necessary, to testify concerning information King County relied on in making its threat assessments regarding potential disruption of or interference with the transit system or threats to public safety. This retention by the ACLU of Washington was in connection with its representation of the Seattle Mideast Awareness Campaign (SeaMAC). As part of my efforts in this matter, I have reviewed the Complaint for Declaratory and Injunctive Relief; King County's Answer; the declarations of M. DeCapua, M. Lemeshko, L. Mulligan, J. O'Rourke, and S. Rahr; King County's Legal Memorandum regarding SeaMAC's Motion for Preliminary Injunction; certain documents that were provided by King County (and labeled KSM 00001-KSM

DECLARATION OF RICHARD CONTE REGARDING
KING COUNTY'S MOTION FOR SUMMARY JUDGMENT
PAGE – 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12576 00101 nh03ed326d

00097); the deposition transcripts of Mr. DeCapua's two depositions; the FBI Terrorism Vulnerability Self-Assessment Checklist provided by King County as a supplement to discovery requests (labeled KC_0076646); King County's Motion to Exclude Opinions of Plaintiff's Expert Richard Conte; SeaMAC's Opposition to Defendant's Motion to Exclude Opinions of SeaMAC's Expert Richard Conte; Declaration of Jeffrey Grant in Response to Defendant's Motion to Exclude Opinions of Richard Conte (with Exhibit A); and the Declaration of Richard Conte (with Exhibits A and B. I have had my deposition taken and have submitted a declaration.

2. Based on the documentation and other information I have reviewed, King County was not presented with objections about the SeaMAC poster that made it reasonably foreseeable that there would have been harm to, disruption of, or interference with its Metro bus system. Moreover, King County was not presented with objections to or comments about the SeaMAC poster that made it reasonably foreseeable that the poster would have incited or produced imminent lawless action, such as retaliation, vandalism, breach of public safety, or other type of harm.

Richard Conte _____

Date and Place of Execution _Seattle, WA 8/8/11_

DECLARATION OF RICHARD CONTE REGARDING
KING COUNTY'S MOTION FOR SUMMARY JUDGMENT
PAGE – 2

Skellenger Bender, PS
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12576 00101 nh03ed326d

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2011, I electronically filed the Declaration of Richard Conte Regarding King County's Motion for Summary Judgment and this Certificate of Service with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Cynthia Gannett, Endel R. Kolde, and Jennifer Ritchie, counsel for Defendant King County.

By    s/ Jule Sprenger      
Jule Sprenger
Paralegal
SKELLENGER BENDER, P.S.
1301 Fifth Avenue, Suite 3401
Seattle, WA 98101
Tel:  (206) 623-6501
Fax:  (206) 447-1973
Email:  jsprenger@skellengerbender.com

DECLARATION OF RICHARD CONTE REGARDING
KING COUNTY'S MOTION FOR SUMMARY JUDGMENT
PAGE – 3

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

12576 00101 nh03ed326d